UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MARRERO

WK 4641

---------------------------------------------------------x

ANNE NG,

'07 CIV 5897

          Plaintiff,

COMPLAINT

   - against -

PLAINTIFF DEMANDS
A TRIAL BY JURY

BLUE WATER GRILL INC.,

          Defendant.

---------------------------------------------------------x

RECEIVED JUN 21 2007 U.S.D.C. S.D.N.Y. CASH

    Plaintiff Anne Ng, by her attorneys McCarthy & Kelly LLP states and alleges the following upon information and belief:

### THE PARTIES

1.    Plaintiff Anne Ng was and is an individual, a citizen of the United States and a resident of the State of Washington, residing at 12309 NE 40th Circle, Vancouver, WA 98682.

2.    Defendant Blue Water Grill Inc. was and still is a New York Limited Partnership duly organized and existing under and by virtue of the laws of the State of New York with its principal place of business located at 31 Union Square West, New York, NY 10011 (hereinafter the "premises").

3.    Defendant Blue Water Grill Inc. was and still is a New York Corporation duly organized and existing under and by virtue of the laws of the State of New York with its principal place of business located at the premises.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1332 and 1441 as the plaintiff is a citizen of State of Washington and the defendant is a citizen of the State of New York and the amount in controversy is in excess of $75,000 exclusive of interest and costs.

5. Venue of this action in the Southern District of New York is proper pursuant to 28 U.S.C. Section 1391 because plaintiff's claims arise in the Southern District of New York and because defendant is subject to personal jurisdiction in the Southern District of New York.

## FIRST CAUSE
## OF ACTION

6. That at all times hereinafter mentioned defendant owned the premises.

7. That at all times hereinafter mentioned defendant operated a business at the aforementioned premises, to wit, a restaurant open to the public.

8. That at all times hereinafter mentioned defendant maintained the premises.

9. That at all times hereinafter mentioned defendant controlled the premises.

10. That at all times hereinafter mentioned defendant designed the premises.

11. That at all times hereinafter mentioned defendant constructed the premises.

12. On May 15, 2007 at approximately 8:30 P.M., plaintiff was lawfully within the premises.

13. At the aforementioned time and place, plaintiff was severely injured at the premises by reason of a dangerous, hazardous and/or defective condition existing at the premises.

14. The aforementioned occurred as a result of the negligence, carelessness and recklessness of the defendant, its agents, servants and/or employees in the ownership, operation, management, control, construction, design, repair and maintenance of the premises.

15. As a result of the aforementioned, plaintiff sustained severe and serious permanent personal injuries; incurred medical expenses and sustained other consequential damages.

16. The limitations on liability set forth in CPLR Section 1601 do not apply to this action by reason of one or more of the exemptions set forth in CPLR Section 1602.

17. That solely by reason of the foregoing, plaintiff has been damaged in the sum of One Million Dollars ($1,000,000).

18. Plaintiff demands a trial by jury on all issues.

WHEREFORE, plaintiff Anne Ng demands judgment against defendant Blue Water Grill Inc. in the sum of One Million Dollars ($1,000,000) together with the costs and disbursements of this action.

Dated: New York, New York
June 19, 2007

Respectfully submitted,

McCARTHY & KELLY LLP

By _____
William P. Kelly
WK 4641
A Member of the Firm
Attorneys for Plaintiff
52 Duane Street
New York, N.Y. 10007
Telephone: (212) 732-6000
Facsimile: (212) 732-6323

TO:   BLUE WATER GRILL INC.
      31 Union Square West
      New York, NY 10011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANNE NG,

                      Plaintiff,

      - against -

BLUE WATER GRILL INC.,

                      Defendant.
------------------------------------------------------------x

WK 4641

07 Civ. _____

**RULE 7.1(a) STATEMENT**

PURSUANT to Rule 7.1(a) (Formerly Local Civil Rule 1.9) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated:  New York, New York
          June 19, 2007

                                    Respectfully submitted,

                                    McCARTHY & KELLY LLP

                                    By _____
                                       William P. Kelly
                                       WK 4641
                                       A Member of the Firm
                                       Attorneys for Plaintiff
                                       52 Duane Street
                                       New York, N.Y. 10007
                                       Telephone: (212) 732-6000
                                       Facsimile: (212) 732-6323

TO:   BLUE WATER GRILL INC.
       31 Union Square West
       New York, NY 10011

Case 1:07-cv-05897-VM    Document 1    Filed 06/21/2007    Page 6 of 6

JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**: ANNE NG

**DEFENDANTS**: BLUE WATER GRILL INC.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
McCarthy & Kelly LLP, 52 Duane Street, FL 7
New York, NY 10007

**ATTORNEYS (IF KNOWN)**
William P. Kelly, Esq.

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Premises Liability - Plaintiff struck in head by glass in restaurant

Has this or a similar case been previously filed in SDNY at any time? No [X]   Yes? [ ]   Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol. [ ]  Dismissed.  No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

## TORTS

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 246 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [X] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

## ACTIONS UNDER STATUTES

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ 1,000,000   OTHER _____    JUDGE _____    DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [X] YES  [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)