UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANNE NG,

                Plaintiff,

    - against -

BLUE WATER GRILL INC.,

                Defendant.

---------------------------------------------------------------x

JUDGE MARRERO

WK 4641

07 CIV—5897

**RULE 7.1(a) STATEMENT**



RECEIVED JUN 21 2007 U.S.D.C. S.D.N.Y. CASHIERS

PURSUANT to Rule 7.1(a) (Formerly Local Civil Rule 1.9) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated: New York, New York
       June 19, 2007

                              Respectfully submitted,

                              McCARTHY & KELLY LLP

                              By _____
                                 William P. Kelly
                                 WK 4641
                                 A Member of the Firm
                                 Attorneys for Plaintiff
                                 52 Duane Street
                                 New York, N.Y. 10007
                                 Telephone: (212) 732-6000
                                 Facsimile: (212) 732-6323

TO:   BLUE WATER GRILL INC.
        31 Union Square West
        New York, NY 10011