UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

ANNE NG,

Plaintiff,

- against -

BLUE WATER GRILL INC.,

Defendant.

-----------------------------------X

07 Civ. 5897(VM)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 4-9-08

**VICTOR MARRERO, United States District Judge.**

By Order dated January 17, 2008, having noted that no correspondence with the Court or other proceedings had been recorded in this action since the filing of the complaint on June 21, 2007 and that no defendant had been served with process the Court directed that by January 25, 2008, plaintiff herein clarify the status of this action and to effect the service of process or indicate why service had not been or could not be made by the specified date. The Court indicated that in the event no timely response had been made to this Order by the date indicated the Court may direct that the action be dismissed and the case closed. A review of the Docket Sheet for the matter indicates no response to the Court's January 17, 2008 Order. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein without prejudice and to close this case, provided that within ten (10) days of the date of this Order plaintiff, for good cause shown, may request reinstatement of the action to the

Court's active docket. In the event no such timely request is made the case shall be deemed dismissed with prejudice.

**SO ORDERED.**

Dated: New York, New York
9 April 2008

VICTOR MARRERO
U.S.D.J.