# McCARTHY & KELLY LLP
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, NY 10007

2424 MORRIS AVENUE
UNION, N.J 07083
(908) 964-6130

TELEPHONE (212) 732-6000
FACSIMILE (212) 732-6323

224 DATURA STREET, STE. 1300
WEST PALM BEACH, FL 33401
(561) 968-3600

Writer's Extension: 223

email: bk@mccarthykelly.com

April 9, 2008

Via Mail & Facsimile (212) 805-6382
Victor Marrero
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08
```

Re: Ng v. Blue Water Grill, Inc.
Docket No.: 07 Civ. 5897 (VM)

Dear Judge Marrero:

We are the attorneys for plaintiff Anne Ng.

We are in receipt of the Court's Order dated April 9, 2008. Enclosed please find a copy of our correspondence to the Court dated January 17, 2008. We respectfully request that this action be reinstated to the Court's active docket.

The parties herein have completed discovery and the defendant conceded the issue of liability. Accordingly, the parties are prepared to proceed to trial on the issue of damages only.

Respectfully submitted,

William P. Kelly

WPK/mrm
Enclosure

cc: Robert Fumo, Esq.
Via Facsimile (917) 778-7020

> Despite plaintiff's letter dated 1-17-08, as of the date of this Order the Docket Sheet for this action still contains no record that service was made on the defendant or that an answer was filed, electronically or otherwise.
>
> SO ORDERED:
> 4-9-08
> DATE     VICTOR MARRERO, U.S.D.J.