# McCARTHY & KELLY LLP

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, NY 10007

2424 MORRIS AVENUE
UNION, NJ 07083
(908) 964-6130

TELEPHONE (212) 732-6000
FACSIMILE (212) 732-6323

224 DATURA STREET, STE. 1300
WEST PALM BEACH, FL 33401
(561) 968-3600

Writer's Extension: 223

email: bk@mccarthykelly.com

April 10, 2008

Via Facsimile (212) 805-6382
Victor Marrero
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Room 660
New York, NY 10007

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 4-10-08     │
└─────────────────────────┘
```

Re:   Ng v. Blue Water Grill, Inc.
      Docket No.: 07 Civ. 5897 (VM)

Dear Judge Marrero:

We are the attorneys for plaintiff Anne Ng.

Our Firm electronically filed the Affidavit of Service with the SDNY Clerk today. On January 17, 2008 we emailed the Summons, Complaint, Affidavit of Service and Rule 7.1 Statement to caseopenings@nysd.uscourts.gov (we enclose a copy of our email) but did not electronically file as well. We respectfully request that this action be reinstated to the Court's active docket.

Respectfully submitted,

*[signature]*

William P. Kelly

WPK/mrm
Enclosure

cc:   Robert Furno, Esq.
      Via Facsimile (917) 778-7020

---

*[Handwritten order:]* The Docket Sheet entry now indicates that the answer was due on 7-16-07, yet there is no record of any such answer, nor of any action by plaintiff to move for entry of default. Plaintiff is directed to advise the Court by 4-14-08 of plaintiff's contemplation in respect

**SO ORDERED:** of this litigation, with specific proposed schedules for any next steps.

4-10-08
DATE   VICTOR MARRERO, U.S.D.J.