# McCARTHY & KELLY LLP
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, NY 10007

2424 MORRIS AVENUE
UNION, NJ 07083
(908) 964-6130

TELEPHONE (212) 732-6000
FACSIMILE (212) 732-6323

224 DATURA STREET, STE. 1300
WEST PALM BEACH, FL 33401
(561) 968-3600

Writer's Extension: 223

email: bk@mccarthykelly.com

April 11, 2008

Via Facsimile (212) 805-6382
Victor Marrero
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Room 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08

Re: Ng v. Blue Water Grill, Inc.
Docket No.: 07 Civ. 5897 (VM)

Dear Judge Marrero:

We are the attorneys for plaintiff Anne Ng.

Further to the Court's Order dated April 10, 2008, the parties respectfully request a telephone or in person conference with the Court to apprise the Court of the status of action.

Respectfully submitted,

William P. Kelly

WPK/mrm
Enclosure

cc: Robert Fumo, Esq.
Via Facsimile (917) 778-7020

Request GRANTED. A status conference herein is scheduled for 4-18-08 at 2:45 p.m. to address the matter described above by plaintiff.

SO ORDERED.

4-11-08
DATE        VICTOR MARRERO, U.S.D.J.