McCARTHY & KELLY LLP
ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, NY 10007

2424 MORRIS AVENUE
UNION, NJ 07083
(908) 964-6130

224 DATURA STREET, STE 1300
WEST PALM BEACH, FL 33401
(561) 968-3600

TELEPHONE (212) 732-6000
FACSIMILE (212) 732-6323

Writer's Extension: 223

email: bk@mccarthykelly.com

May 16, 2008

Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Room 1970
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-20-08

> RECEIVED
> MAY 19 2008
> CHAMBERS OF
> RONALD L. ELLIS
> U.S.M.J.

Re:  Ng v. Blue Water Grill, Inc.
     Docket No.: 07 Civ. 5897 (VM)

Dear Magistrate Judge Ellis:

We are the attorneys for plaintiff Anne Ng.

On the consent of all parties, we respectfully request that the settlement conference currently scheduled for 3:30 PM on May 27, 2008 be adjourned to 10:30 AM on June 13, 2008. Michael Brantley indicated that the adjourn date was available.

Respectfully submitted,

William P. Kelly

WPK/mrm
Enclosure

cc:  Robert Fumo, Esq.
     Via Facsimile (917) 778-7020

Conference adjourned to 6-13-08 at 11:30 a.m. in Courtroom 9A.

**SO ORDERED**

Ronald Ellis  5-20-08

MAGISTRATE JUDGE RONALD L. ELLIS