```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE NG,

                Plaintiff,

- against -

BLUE WATER GRILL, INC.,

                Defendant.

**ORDER**

07 Civ. 5897 (VM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a settlement conference held before this Court on August 19, 2008,

**IT IS HEREBY ORDERED THAT** the Parties appear for a subsequent settlement conference on **September 30, 2008 at 11:00 a.m.**

SO ORDERED this 19th day of August 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge